IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BENJAMIN RAMIREZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-12-1589 |
| | § | |
| POWER PLUS PERSONNEL, *et al*., | § | |
| | § | |
| Defendants. | § | |

## ORDER RESETTING HEARING

The initial pretrial and scheduling conference set for September 24, 2012 at 4:00 p.m. is cancelled. It is reset to **October 1, 2012, at 8:30 am** before Judge Lee H. Rosenthal in Courtroom 11B, 11th Floor, United States Courthouse, 515 Rusk Avenue, Houston, Texas 77002.

SIGNED on September 7, 2012, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge