IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BENJAMIN RAMIREZ, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. H-12-1589 |
| § | |
| POWER PLUS PERSONNEL, *et al*., § | |
| § | |
| Defendants. § | |

## FINAL JUDGMENT

In accordance with the court's Memorandum and Opinion of even date, this action is dismissed with prejudice.

This is a final judgment.

SIGNED on August 2, 2013, at Houston, Texas.

Lee H. Rosenthal
United States District Judge